1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  CLEON N. JONES,                )     No. EDCV 02-910 ABC (CW)
                                   )
13              Petitioner,        )     ORDER ACCEPTING REPORT AND
                                   )     RECOMMENDATION OF UNITED STATES
14         v.                      )     MAGISTRATE JUDGE
                                   )
15  G.J. GIURBINO (Warden),        )
                                   )
16              Respondent.        )
    ───────────────────────────── )
17

18       Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

19  entire record in this action, as well as the Report and Recommendation

20  of the United States Magistrate Judge and all objections thereto.  The

21  court has made a de novo determination with respect to those portions

22  of the Report and Recommendation to which objection has been made.

23

24       **IT IS ORDERED**: (1) that the Report and Recommendation of the

25  United States Magistrate Judge be accepted; and (2) that judgment be

26  entered denying the petition and dismissing this action with

27  prejudice.

28

                                    1

1      **IT IS FURTHER ORDERED** that this order and the judgment herein be

2  served on the parties.

3

4  DATED:    <u>May 27, 2010</u>

5

6                                       _____

7                                    AUDREY B. COLLINS
                            Chief United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28