**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEON N. JONES, | No. EDCV 02-910 ABC (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| G.J. GIURBINO (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: May 27, 2010

_____
AUDREY B. COLLINS
Chief United States District Judge